### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| LOOP LOFTS APARTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00699-MTS |
| | ) | |
| WRIGHT NATIONAL FLOOD INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER OF REMAND

All claims over which this Court had original jurisdiction having been dismissed, *see* Doc. [50], the Court declines to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3). *See Carlsbad Tech., Inc. v. HIF BIO, Inc.*, 556 U.S. 635, 639 (2009); *Barstad v. Murray Cnty.*, 420 F.3d 880, 888 (8th Cir. 2005). The Court, therefore, will grant Plaintiff's unopposed Motion to Remand and will remand this action to the Twenty-Second Judicial Circuit Court of Missouri in the City of St. Louis. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 357 (1988).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Motion to Remand, Doc. [52], is **GRANTED**, and this action is **REMANDED** to the Twenty-Second Judicial Circuit Court of Missouri in the City of St. Louis.

Dated this 28th day of November 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE